UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PORTIA HARTENCIA JORDAN,

                              Plaintiff,

-v-

GOLDEN BRIDGE BOOKS,

                              Defendant.

22 Civ. 6154 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court has received plaintiff's application for a temporary restraining order against defendant. Plaintiff did not indicate that she had served this application and supporting papers on defendant, or articulate a basis on which the application could properly be considered *ex parte*. By noon tomorrow, July 22, 2022, plaintiff is directed to file on the docket a proposed order to show cause and proof of service on the defendant of its papers and this order. Defendant's response, if any, will be due 5:00 p.m. on July 26, 2022. After receiving the parties' submissions, the Court will determine whether to hold a hearing on this application.

    SO ORDERED.

                                                           *Paul A. Engelmayer*
                                                           Paul A. Engelmayer
                                                            United States District Judge

Dated: July 21, 2022
          New York, New York