UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PORTIA HARTENCIA JORDAN,<br><br>                                   Plaintiff,<br><br>                -against-<br><br>GOLDEN BRIDGE BOOKS,<br><br>                                   Defendants. | 22 Civ. 6154 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, United States District Judge:

On July 19, 2022, plaintiff filed a motion for a temporary restraining order against defendant. *See* Dkt. 1. On July 21, 2022, the Court directed plaintiff to file a proposed order to show cause and proof of service upon the defendant. *See* Dkt. 9. To date, the Court has not received any such proof of service on the defendant, the defendant has not appeared, and plaintiff has provided no explanation as to the delay. This motion is accordingly dismissed without prejudice.

The Clerk of Court is respectfully directed to terminate the motion pending at docket 6.

SO ORDERED.

Dated:  August 1, 2022
        New York, New York

                                                    *Paul A. Engelmayer*
                                                    _____
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge