## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| Portia Hartencia Jordan | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | **C.A.: 1:22-cv-06154-PAE** |
| v. | ) | |
| | ) | **Judge Paul A. Engelmayer** |
| Golden Bridge Books | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff Portia Hartencia Jordan, by and through its attorney Robert M. DeWitty, hereby

moves this Court for entry of an Order permitting it for leave to file a Motion to Modify the

Order (Dkt. 21) under seal.

Sealing this file is necessary to prevent Defendant from learning of actions being taken by

Plaintiff, which Plaintiff's counsel deemed has taken place. Once the Complaint and summons

have been served on Defendant, Plaintiff will move to unseal these documents. In support of its

motion, Plaintiff relies on its memorandum, the proposed motion, and the proposed order.

Dated: January 5, 2023,                              Respectfully Submitted:


                                                     */s/ Robert M. DeWitty*
                                                     Robert M. DeWitty
                                                     Attorney for Plaintiff
                                                     DeWitty and Associates
                                                     1333 New Hampshire Ave., 3rd Fl., No. 131
                                                     Washington, D.C. 20036
                                                     Tele:  2025717070 / 8665599183
                                                     Fax:   2025138071
                                                     Email:  admin@dewittyip.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing

document was electronically filed on January 5, 2023 with the Clerk of the Court using the

CM/ECF system.

/s/ Robert M. DeWitty
Robert M. DeWitty

Granted in part.  The Court authorizes plaintiff Portia Hartencia Jordan
("Jordan") to file under seal a motion to modify the prior order allowing
alternative service.  However, the Court authorizes the sealing of this
motion only on a temporary basis.  Jordan is to file the motion--and this
order and any ensuing order by the Court acting on the motion--on the
public docket of this case seven (7) business days after the Court's order
upon that motion.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge
January 6, 2023