UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

PORTIA HARTENCIA JORDAN,

                      Plaintiff,

        -v-

GOLDEN BRIDGE BOOKS,

                      Defendant.

22 Civ. 6154 (PAE)

ORDER

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

On January 19, 2023, plaintiff Portia Hartencia Jordan ("Jordan") moved *ex parte* for a temporary restraining order, asking the Court to enjoin defendant Golden Bridge Books ("Golden Bridge") from reproducing, selling, and distributing copies of her book and to restrain Golden Bridge's assets associated with the alleged reproduction and sale of her book. Dkts. 28, 29. Jordan represents that *ex parte* relief is warranted based on, *inter alia*, Golden Bridge's "pattern" of evading service of process through the creation of business aliases and its "strong incentive" to move its assets away from its American bank accounts. Dkt. 29 at 9. The same day, Jordan filed proof of service indicating that Golden Bridge had been served with the complaint and summons in this case on January 18, 2023, making its response to Jordan's complaint due February 8, 2023. Dkt. 27. Jordan also filed a certificate of service on Golden Bridge of her motion for a temporary restraining order, dated January 19, 2023. Dkt. 29 at 20.

The Court is unpersuaded that *ex parte* consideration of this application is warranted, particularly insofar as Golden Bridge is now on notice of this lawsuit. However, the Court does regard it as important to promptly resolve Jordan's application. The Court accordingly directs Golden Bridge to respond to Jordan's motion no later than January 24, 2023, at 5 p.m. After

receiving Golden Bridge's submission, the Court will determine whether to hold a hearing on this application or rule on the motion based on the parties' submissions.

Jordan is directed to file (1) proof of service of this order on Golden Bridge, by January 20, 2023, at 12 p.m., and (2) a proposed temporary restraining order and temporary asset restraining order, by January 24, 2023, at 5 p.m.

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: January 19, 2023
New York, New York