UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

<table>
<tr><td>PORTIA HARTENCIA JORDAN,<br><br>        Plaintiff,<br>   -v-<br><br>GOLDEN BRIDGE BOOKS,<br><br>        Defendant.</td><td>22 Civ. 6154 (PAE)<br><br><u>ORDER</u></td></tr>
</table>

PAUL A. ENGELMAYER, District Judge:

On February 7, 2023, the Court received, by email, the attached letter from defendant

Golden Bridge Books ("Golden Bridge"), stating that it will not secure counsel in this case.  As

Golden Bridge is an entity that cannot represent itself in legal proceedings, its decision to not

seek counsel means that it will be unable to participate in this case.  Accordingly, the Court

directs plaintiff Portia Hartencia Jordan ("Jordan") to either (1) voluntarily dismiss the case, or,

should Jordan wish to pursue this matter, (2) seek a certificate of default from the Clerk of Court

and move for default judgment against Golden Bridge, in accordance with the Court's Individual

Rules and Practices.  The Court will thereafter take steps to resolve the case, including, in the

event a default judgment is entered as to liability, referring the case to a magistrate judge for an

inquest into damages, at which Golden Bridge's contention that any damages are modest would

be carefully evaluated.

Jordan is directed to file proof of service of this order on Golden Bridge by February 10,

2023.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: February 8, 2023
       New York, New York

Date: February 7, 2023
From: Golden Bridge Books, Defendant
To: Presiding Judge
C.c: Mr. ROBERT M. DEWITTY, Plaintiff's lawyer
Re: Jordan v. Golden Bridge Books, Case 1:22-cv-06154-PAE (SDNY)

Your Honour,

Thank you for the order. We believe it is the right decision and we fully respect the Court order.

At the time of this writing, we have noticed the Plaintiff's book is currently listed by two other sellers on different platforms (list price $4.67, $8.67, please see attached Exhibit E, F), which further proves the fact that this book's market value is very low and the Court has made the right decision.

As stated in our previous letter, we understand the current legal resources are overstretched due to the pandemic, so we hope this trivial yet bizarre case could be resolved quickly, and the Court officials and the lawyers could focus on other more meaningful and rewarding cases.

Because this complex case involves three different jurisdictions (Bahama, USA, Canada) and the Court has already denied the Plaintiff's Motion, we do not wish to seek a counsel across the border to represent and defend this case for us at this time. Nevertheless, we trust Your Honour will make a fair and right judgement and decision.

If the Plaintiff could realize that she has made a mistake and is willing to compensate us financially for the emotional stress, moral damages, and business interruptions suffered, we hope the Plaintiff could use the fund to make a donation of $5,000 - $10,000 (if her financial situation allows) to New York Special Olympics for people with intellectual disabilities, which we have been doing locally for the past 20 years.

Again, thank you Your Honour for the order and thank you also for taking the time to read this. Your support, understanding, and compassion are greatly appreciated.

May God Bless America and Canada.

Sincerely,

Golden Bridge Books