UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

PORTIA HARTENCIA JORDAN,

                            Plaintiff,

          -v-

GOLDEN BRIDGE BOOKS,

                            Defendant.

22 Civ. 6154 (PAE)

ORDER

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

On February 15, 2023, plaintiff filed a motion for default judgment against defendant. Dkt. 44. Under the Court's Individual Rules and Practices, any motion for default judgment must be supported by an attorney's declaration setting forth, *inter alia*, legal authority for why an inquest into damages would be unnecessary. Although plaintiff's papers supporting its motion for default judgment include a calculation of proposed damages, including heightened statutory damages, the papers do not discuss whether an inquest into damages is in order, and, if not, how a reliable determination of heightened statutory damages could be made without a factual inquest. Accordingly, the Court directs that plaintiff file, by February 24, 2023, an attorney's declaration with legal authority as to why an inquest into damages would be unnecessary.

SO ORDERED.

                                                      *Paul A. Engelmayer*
                                                      Paul A. Engelmayer
                                                      United States District Judge

Dated: February 16, 2023
          New York, New York